

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2019

No. 04-18-00522-CV

**IN THE MATTER OF THE ESTATE OF HUGH BOB SPILLER**,

From the County Court, Menard County, Texas
Trial Court No. 2013-02059A
Honorable Joe Loving, Jr., Judge Presiding

# O R D E R

The Appellee's Motion to Expedite Mandate is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court